DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERESFORD BERTRAM, THERESA BERTRAM,** and
**TENECIA BERTRAM,**
Appellants,

v.

**U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
BUNGALOW SERIES IV TRUST,**
Appellee.

Nos. 4D2022-3366 and 4D2023-0215

[January 3, 2024]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen and Carol-Lisa Phillips, Judges; L.T. Case No. CACE21-005420.

Donovan L. Parker of Law Offices of Donovan L. Parker, Pembroke Pines, for appellants.

Harris S. Howard and Evan R. Raymond of Howard Law Group, Boca Raton, for appellee.

PER CURIAM.

The Borrowers appeal from the final summary judgment of foreclosure entered in favor of U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust. We affirm without comment except for one issue raised by the Borrowers. On that issue, the Borrowers argue U.S. Bank did not establish it had standing at the time the summary judgment was entered because the original allonge was not timely filed with the circuit court. U.S. Bank responds the judgment was properly entered because the original document was ultimately filed with the circuit court. We agree the judgment must be reversed even though the original allonge was belatedly filed with the circuit court. *See WC WH Del. 1, LLC v. Colony Am. Fin. 2016-2, Ltd.,* 307 So. 3d 851 (Fla. 3d DCA 2020) (holding that because the original promissory note was not tendered at the summary judgment hearing, the final judgment of foreclosure must be vacated and remanded with directions for the trial court to receive the original promissory note in evidence). But, as in *Colony American,* the circuit court

is permitted to reconfirm the final judgment on remand.

*Affirmed in part, reversed in part, and remanded.*

KLINGENSMITH, C.J., KUNTZ and ARTAU, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**